UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-2483 |
| JOSE RODRIGUEZ, *et al*, | § § § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending in the above-referenced cause is Plaintiff Deutsche Bank National Trust Company's (Deutsche Bank) Motion for Default Judgment against Defendant RNM Real Estate, LLC. Document No. 10. On February 27, 2018, Magistrate Judge Stacy issued her Memorandum and Recommendation (M&R) recommending that Deutsche Bank's Motion for Default Judgment be denied. Document No. 21. Deutsche Bank filed no objections to Judge Stacy's M&R, and upon review, the Court agrees with the Magistrate Judge's conclusions. Accordingly, the Court hereby

**ORDERS** that the Memorandum and Recommendation (Document No. 21) is **ADOPTED.** Deutsche Bank's Motion for Default Judgment (Document No. 10) is **DENIED**.

SIGNED at Houston, Texas, this 21st day of March, 2018.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE